## 53536. KING-WILLIAMS REALTY & MORTGAGE, INC. v. STATE FARM LIFE INSURANCE COMPANY.

SMITH, Judge.

King-Williams Realty & Mortgage, Inc., appellant, brought suit against State Farm Life Insurance Co. to recover a real estate broker's commission allegedly earned when State Farm sold an apartment complex it owned. State Farm's pre-trial motion for a summary judgment was denied but after King-Williams' first witness testified, State Farm moved for judgment in its favor which was granted in the form of a directed verdict. State Farm's motion, although treated by the court as a motion for directed verdict, was tantamount to a renewed motion for summary judgment. No material issues of fact remained after the president of King-Williams testified that his firm never had any direct contact with the party who bought the apartment complex. It conclusively appearing that King-Williams was not the procuring cause of the sale, a summary judgment in State Farm's behalf was then proper. Code § 4-213; *Parrish v. Ragsdale Realty Co.,* 135 Ga. App. 491 (218 SE2d 164).

*Judgment affirmed. Bell, C. J., and Marshall, J., concur.*

SUBMITTED FEBRUARY 28, 1977 — DECIDED JUNE 23, 1977.

*Stuhler & Miller, Gregory E. Stuhler,* for appellant.
*Thompson & Bonner, Harold B. Thompson,* for appellee.